20758—North British & Mercantile Insurance Co.¹ v. Uriah W. Garber. Motion for Montgomery Appeals to certify. Overruled. Dock. 5 Abs. 656.

# SYLLABI

## No. 881

### ROBERTS et v. MONTGOMERY et.

Ohio Supreme Court.

No. 19674. Decided Dec. 7, 1927.

In contempt.

Application dismissed.

681. JURISDICTION—1017a. REMAND. —293. Contempt—1. Jurisdiction of Supreme Court to remand to Court of Appeals conferred, by implication, by Sec. 2, Art. IV of the Ohio Constitution.

2. Where court so remands it relinquishes jurisdiction to extent that Court of Appeals may entertain application for order to show cause why party should not be adjudged in contempt.

ROBINSON, J.

1. The jurisdiction of the Supreme Court to remand its judgments and final orders rendered in cases heard on error from the Court of Appeals to that court for execution is by implication conferred by Section 2 of Article IV of the Constitution of Ohio as a necessary concomitant of the jurisdiction to review, affirm, modify or reverse.

2. When the Supreme Court remands a judgment or final order to the Court of Appeals for execution, it relinquishes its jurisdiction in that respect to the court of remand, and that court has jurisdiction to entertain an application for an order against an offending party to show cause why he should not be adjudged in contempt if the judgment or final order be such that non-compliance therewith amounts to a contempt.

(Day, Allen, Jones and Matthias, JJ., concur. Marshall, CJ., and Kinkade, J., not participating.)

## No. 882

### STATE ex CONT. CAS. CO. v. SAFFORD,

Supt. of Ins.

Ohio Supreme Court.

No. 20760. Decided Dec. 7, 1927.

In mandamus.

Writ allowed.

543. FOREIGN CORPORATIONS — 647. Insurance—When foreign Casualty and Insurance Co. may withdraw deposit made under 9510-10 GC. as enacted March 22, 1923 (110 O. L. 4).

ALLEN, J.

Under Section 9510-10, General Code, as enacted March 22, 1923 (110 Ohio Laws, 4), when the superintendent of insurance, upon examination of the books of a foreign casualty insurance company and affidavits of its principal officers and other evidence. is satisfied and shall certify that all the obligations and liabilities which the deposit was made to secure have been paid or extinguished, such foreign casualty insurance company may withdraw the deposit made under paragraph 2 of Section 9510, General Code, prior to the enactment of March 22, 1923 (110 Ohio Laws, 3).

Marshall, CJ., Day, Jones and Matthias, JJ., concur.)